**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM BOWIE and SUSAN BOWIE, his wife, | CIVIL ACTION NO. 3:CV-15-2101 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| JOSHI HOTEL GROUP, LLC, d/b/a QUALITY INNS & SUITES BY CHOICE HOTELS, | |
| Defendant. | |

## ORDER

**NOW**, this 9th day of November, 2015, **IT IS HEREBY ORDERED** that removing Defendant Joshi Hotel Group, LLC is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order.  If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge